PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00070-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| FAUSTO PINA, | CURRENT DATE: November 9, 2022 TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and FAUSTO PINA, by and through defendant's counsel of record, Meghan McLoughlin, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 9, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until January 25, 2023, and to exclude time between November 9, 2022, and January 25, 2023, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

3.      While the parties anticipate that the case may resolve without a trial, this is not yet a certainty.  If defendant ultimately does not enter a guilty plea and decides to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

a)      The government asserts the discovery in this matter has been provided to counsel. The government is aware of its ongoing discovery obligations.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)    The parties are in ongoing plea negotiations and anticipate that this matter will resolve with a plea.

c)    If this matter does not resolve with a plea, the parties will be prepared to select a trial date at the next status conference date.

d)    Counsel for the defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial.

e)    Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)    The government does not object to the continuance.

g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 9, 2022 to January 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    must commence.

2          IT IS SO STIPULATED.

3

4    Dated:  November 1, 2022                    PHILLIP A. TALBERT
                                                 United States Attorney

5                                                /s/ JESSICA A. MASSEY
                                                 JESSICA A. MASSEY
6                                                Assistant United States Attorney

7

8    Dated:  November 1, 2022                    /s/ MEGHAN MCLOUGHLIN
                                                 MEGHAN MCLOUGHLIN
9                                                Counsel for Defendant
                                                 FAUSTO PINA

10

11

12                                **ORDER**

13         IT IS SO ORDERED that the status conference is continued from November 9, 2022, to **January

14   25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to

15   18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court intends to set a trial date at the next status conference.  If the

16   parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial

17   date at the status conference hearing.

18
     IT IS SO ORDERED.
19

20   Dated:   **November 1, 2022**            /s/ _Barbara A. McAuliffe_
                                              UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                3
PERIODS UNDER SPEEDY TRIAL ACT