HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
FAUSTO PINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAUSTO PINA,<br><br>Defendant. | Case No. 1:21-CR-00070-ADA-BAM<br><br>**STIPULATION TO RESET CHANGE OF PLEA HEARING AND EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT;  FINDINGS AND ORDER**<br><br>DATE:   September 11, 2023<br>TIME:   8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Defendant, FAUSTO PINA, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on September 11, 2023.

2. On that date, Mr. Pina was not transported from the Central Valley Annex to the courthouse because of quarantine procedures due to the spread of COVID-19 in the facility. *See* ECF No. 41.

3. Time has already been excluded through October 3, 2023 under 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4. By this stipulation, defendant now moves to reset his change of plea hearing to October 10, 2023, and to exclude time between October 3, 2023 and October 10, 2023, under Local

1    Code T4.

2    5.   The parties agree and stipulate, and request that the Court find the following:

3         a)   The government represents that the discovery associated with this case has been

4              provided. The government is aware of its ongoing discovery obligations.

5         b)   The parties have reached a plea agreement and had already scheduled a change of plea

6              hearing. That hearing was unable to proceed due to transportation issues from the jail

7              where Mr. Pina is held.

8         c)   The parties consulted with the Court and October 10, 2023 is the earliest available date

9              that comports with the Court's schedule and defense counsel's availability.

10        d)   The government agrees with resetting the change of plea hearing for October 10, 2023.

11        e)   Based on the above-stated findings, the ends of justice served by continuing the case

12             as requested outweigh the interest of the public and the defendant in a trial within the

13             original date prescribed by the Speedy Trial Act.

14        f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

15             seq., within which trial must commence, the time period of October 3, 2023, to October

16             10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

17             [Local Code T4] because it constitutes a brief continuance granted by the Court at

18             defendant's request on the basis of the Court's finding that the ends of justice served

19             by taking such action outweigh the best interest of the public and the defendant in a

20             speedy trial.

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

*United States v. Pina* – Stipulation to Set Change of Plea Hearing; [Proposed] Order

2

6.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 20, 2023                    */s/ Meghan D. McLoughlin*
                                             MEGHAN D. McLOUGHLIN
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             FAUSTO PINA

Dated: September 20, 2023                    */s/ Kimberly A. Sanchez*
                                             KIMBERLY A. SANCHEZ
                                             Assistant United States Attorney

IT IS SO ORDERED.

   Dated:   September 22, 2023    _____

                                 UNITED STATES DISTRICT JUDGE