HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
FAUSTO PINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAUSTO PINA,<br><br>Defendant. | Case No. 1:21-CR-00070-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING DATE; ORDER**<br><br>DATE:   February 12, 2024<br>TIME:    8:30 a.m. |

**STIPULATION**

Defendant, FAUSTO PINA, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1.      By previous order, this case was set for sentencing on February 12, 2024.

2.      By this stipulation, defendant now moves to continue the sentencing hearing until April 22, 2024.  As this is a sentencing and a change of plea and admission have already been entered, no exclusion of time under the Speedy Trial Act is required.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for defendant has been seeking and investigating different mitigation documents related to defendant and vital at sentencing, including records from outside of the United States. In addition, defense counsel is exploring additional

1   mitigation investigations.

2          b)     Counsel for defendant believes that failure to grant the above-requested

3   continuance would deny her the reasonable time necessary for effective preparation,

4   taking into account the exercise of due diligence.

5          c)     The government does not object to the continuance.

6   IT IS SO STIPULATED.

8                 Respectfully submitted,

10                 HEATHER E. WILLIAMS
11                 Federal Defender

12   Dated: February 2, 2024        */s/ Meghan D. McLoughlin*
                     MEGHAN D. McLOUGHLIN
13                 Assistant Federal Defender
                     Attorney for Defendant
14                 FAUSTO PINA

15 

16   Dated: February 2, 2024        */s/ Kimberly A. Sanchez*
                     KIMBERLY A. SANCHEZ
17                 Assistant United States Attorney

19                 **ORDER**

20      IT IS SO ORDERED that the sentencing hearing is continued from February 12, 2024, to

21   **April 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

23   IT IS SO ORDERED.

24     Dated:  **February 2, 2024**       /s/ *Barbara A. McAuliffe*
25                         UNITED STATES MAGISTRATE JUDGE

28   *United States v. Pina –*
     Stipulation to Continue Sentencing Hearing;
     Order