HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
FAUSTO PINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00070-NODJ-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE; ORDER** |
| vs. | |
| FAUSTO PINA, | DATE:   July 15, 2024 |
| Defendant. | TIME:    9:00 a.m. |

**STIPULATION**

Defendant, FAUSTO PINA, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1.      By previous order, this case was set for sentencing on July 15, 2024.

2.      By this stipulation, defendant now moves to continue the sentencing hearing until September 23, 2024.  As this is a sentencing and a change of plea and admission have already been entered, no exclusion of time under the Speedy Trial Act is required.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for defendant has been seeking and investigating different mitigation documents related to defendant and vital at sentencing, including records from outside of the United States. In addition, information relevant to sentencing has recently

1    become available, and the parties both require additional time to further investigate.

2          b)     Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny her the reasonable time necessary for effective preparation,

4    taking into account the exercise of due diligence.

5          c)     The government does not object to the continuance.

6    IT IS SO STIPULATED.

7

8                                    Respectfully submitted,

9

10                                   HEATHER E. WILLIAMS
                                Federal Defender

11

12   Dated: June 25, 2024                */s/ Meghan D. McLoughlin*
                                MEGHAN D. McLOUGHLIN

13                                   Assistant Federal Defender
                                Attorney for Defendant

14                                   FAUSTO PINA

15

16   Dated: June 25, 2024                */s/ Kimberly A. Sanchez*
                                KIMBERLY A. SANCHEZ

17                                   Assistant United States Attorney

18

19                         **ORDER**

20        IT IS SO ORDERED that the sentencing hearing is continued from July 15, 2024, to

21   **September 23, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

22   IT IS SO ORDERED.

23      Dated:   **June 25, 2024**               /s/ *Barbara A. McAuliffe*

24                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28   *United States v. Pina –*
Stipulation to Continue Sentencing Hearing;
Order